LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MARSHALL, | ) | No.  EDCV 11-02034 AGR |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE
THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the
terms of the stipulation.

DATE: January 15, 2013  _____

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE